UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re:                                           )
                                                 )
**ALVARADO, BLANCHE S**                          )    Bankruptcy Case No. 15-82151 LMT
                                                 )    Chapter 7
                                                 )
Debtor(s).                                       )

## CERTIFICATE OF SERVICE

     The undersigned certifies that on May 26, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

     ALVARADO, BLANCHE S
     415 N DALE AVE
     MCHENRY, IL 60050

     STEPHEN J. COSTELLO (via electronic filing)

1P    Internal Revenue Service
       PO Box 7346
       Philadelphia, PA 19101-7346

1U    Internal Revenue Service
       PO Box 7346
       Philadelphia, PA 19101-7346

2     Cancer Treatment Centers of America
       Midwestern Regional Medical Center
       2610 Sheridan Road
       Zion, IL 60099

3     Quantum3 Group LLC as agent for
       Sadino Funding LLC
       PO Box 788
       Kirkland, WA 98083-0788

<u>/s/ JOSEPH D. OLSEN</u>

Chapter 7 Trustee
JOSEPH D. OLSEN, Trustee
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
Phone: (815) 965-8635
Fax: