**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ALVARADO, BLANCHE S                              § Case No. 15-82151
                                                        §
                                                        §
                                                        §
Debtor(s)                                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $101,490.00                     Assets Exempt: $86,990.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,038.02       Claims Discharged
                                                  Without Payment: $100,781.43

Total Expenses of Administration: $3,961.98

---

    3) Total gross receipts of $ 15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $298,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 1,581.25 | 3,961.98 | 3,961.98 | 3,961.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 7,509.78 | 6,345.52 | 6,345.52 | 6,345.52 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 100,768.08 | 4,705.85 | 4,705.85 | 4,692.50 |
| **TOTAL DISBURSEMENTS** | $407,859.11 | $15,013.35 | $15,013.35 | $15,000.00 |

    4) This case was originally filed under Chapter 7 on August 24, 2015. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/19/2016          By: /s/JOSEPH D. OLSEN
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| petitioners owns, daughter, Location: 415 N Dale | 1110-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Carrington | 4110-000 | 260,000.00 | N/A | N/A | 0.00 |
| NOTFILED | CPS | 4110-000 | 17,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 4110-000 | 21,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$298,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,250.00 | 2,250.00 | 2,250.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 120.73 | 120.73 | 120.73 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,581.25 | 1,581.25 | 1,581.25 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $3,961.98 | $3,961.98 | $3,961.98 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | 7,509.78 | 6,345.52 | 6,345.52 | 6,345.52 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $7,509.78 | $6,345.52 | $6,345.52 | $6,345.52 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 1,476.59 | 1,476.59 | 1,472.40 |
| 2 | Cancer Treatment Centers of America | 7100-000 | N/A | 679.26 | 679.26 | 677.33 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 2,550.00 | 2,550.00 | 2,542.77 |
| NOTFILED | Midwestern Regional Medical Center | 7100-000 | 679.26 | N/A | N/A | 0.00 |
| NOTFILED | MHS Physician Services | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Merrick Bank | 7100-000 | 2,681.27 | N/A | N/A | 0.00 |
| NOTFILED | McHenry County Orthopaedics | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Health System | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Mobil | 7100-000 | 164.70 | N/A | N/A | 0.00 |
| NOTFILED | Kane County Teachers CU | 7100-000 | 1,231.71 | N/A | N/A | 0.00 |
| NOTFILED | M3 Financial | 7100-000 | 185.97 | N/A | N/A | 0.00 |
| NOTFILED | Specialty Care Elgin | 7100-000 | 758.57 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual | 7100-000 | 3,642.86 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage | 7100-000 | 43,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Target | 7100-000 | 1,897.64 | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club | 7100-000 | 1,100.12 | N/A | N/A | 0.00 |
| NOTFILED | Kane County Teacher's CU | 7100-000 | 2,087.40 | N/A | N/A | 0.00 |
| NOTFILED | Office of Worker's Comp Program | 7100-000 | 6,428.74 | N/A | N/A | 0.00 |
| NOTFILED | RMS - Waste Management | 7100-000 | 99.42 | N/A | N/A | 0.00 |
| NOTFILED | NICOR Gas | 7100-000 | 223.76 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 614.29 | N/A | N/A | 0.00 |
| NOTFILED | J C Penney | 7100-000 | 259.46 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepard | 7100-000 | 1,472.17 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepard | 7100-000 | 354.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Foot and Ankle Specialists | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | ACC International | 7100-000 | 2,931.00 | N/A | N/A | 0.00 |
| NOTFILED | Advance Cash of America | 7100-000 | 2,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Barrington Anes Association | 7100-000 | 218.70 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 3,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Processing Center | 7100-000 | 330.75 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 1,353.30 | N/A | N/A | 0.00 |
| NOTFILED | Com Ed Bill Payment Center | 7100-000 | 549.47 | N/A | N/A | 0.00 |
| NOTFILED | Consumers' Credit | 7100-000 | 7,958.55 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 168.52 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital | 7100-000 | 11,549.75 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 896.70 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $100,768.08 | $4,705.85 | $4,705.85 | $4,692.50 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-82151  
**Case Name:** ALVARADO, BLANCHE S  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/24/15 (f)  
**§341(a) Meeting Date:** 10/01/15  

**Period Ending:** 07/19/16  
**Claims Bar Date:** 01/28/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   petitioners owns, daughter, Location: 415 N Dale | 173,000.00 | 0.00 | | 15,000.00 | FA |
| 2   checking account with McHenry County Federal Cre | 90.00 | 0.00 | | 0.00 | FA |
| 3   chceking account co-owner with daughter, at McHe | 300.00 | 0.00 | | 0.00 | FA |
| 4   household good furniture and furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 5   necessary wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 6   term life policy thru work | 0.00 | 0.00 | | 0.00 | FA |
| 7   AIG life insurance policy thru work | 200.00 | 0.00 | | 0.00 | FA |
| 8   thrift savings plan thru the post office | 70,000.00 | 0.00 | | 0.00 | FA |
| 9   2015 Kia Sportgage 1000 miles | 20,000.00 | 0.00 | | 0.00 | FA |
| 10  2013 Kia Soul 40,000 miles, co owner with daught | 10,000.00 | 0.00 | | 0.00 | FA |
| **10 Assets Totals** (Excluding unknown values) | **$274,490.00** | **$0.00** | | **$15,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee is investigating a possible defective recording of the mortgage on the Debtor's home under the grantor/grantee index. In case there has been a tentative arrangement with the title insurer representing the mortgage company to wait until the proof of claim period expires and then depending on the amount of claims filed, settle with the Trustee for the full amount of the unsecured creditor pool. The Trustee has sent out the notice of claim bar date which is 1/28/16 and hopefully, the file will be compromised shortly thereafter.

**Initial Projected Date Of Final Report (TFR):** December 31, 2016     **Current Projected Date Of Final Report (TFR):** December 31, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-82151  
**Case Name:** ALVARADO, BLANCHE S  

**Taxpayer ID #:** **-***8547  
**Period Ending:** 07/19/16  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/21/16 | {1} | Chicago Title Insurance Co. | | 1110-000 | 15,000.00 | | 15,000.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,990.00 |
| 05/24/16 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,581.25, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,581.25 | 13,408.75 |
| 05/24/16 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $120.73, Trustee Expenses; Reference: | 2200-000 | | 120.73 | 13,288.02 |
| 05/24/16 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,250.00, Trustee Compensation; Reference: | 2100-000 | | 2,250.00 | 11,038.02 |
| 05/24/16 | 104 | Cancer Treatment Centers of America | Dividend paid 99.71% on $679.26; Claim# 2; Filed: $679.26; Reference: | 7100-000 | | 677.33 | 10,360.69 |
| 05/24/16 | 105 | Quantum3 Group LLC as agent for | Dividend paid 99.71% on $2,550.00; Claim# 3; Filed: $2,550.00; Reference: | 7100-000 | | 2,542.77 | 7,817.92 |
| 05/24/16 | 106 | Internal Revenue Service | Combined Check for Claims#1U,1P | | | 7,817.92 | 0.00 |
| | | | Dividend paid 99.71%   1,472.40 on $1,476.59; Claim# 1U; Filed: $1,476.59 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   6,345.52 on $6,345.52; Claim# 1P; Filed: $6,345.52 | 5800-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 15,000.00 | 15,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 15,000.00 | 15,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$15,000.00** | **$15,000.00** | |

Net Receipts :          15,000.00  
─────────────  
Net Estate :          $15,000.00  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******0066 | 15,000.00 | 15,000.00 | 0.00 |
| | $15,000.00 | $15,000.00 | $0.00 |

{} Asset reference(s)